Ethan J. Brown (218814)
ethan@bnsklaw.com
Geoffrey A. Neri (258802)
geoff@bnsklaw.com
Tim G. Lamoureux (294048)
tim@bnsklaw.com
**BROWN NERI SMITH & KHAN, LLP**
11601 Wilshire Blvd., Ste. 2080
Los Angeles, CA 90025
T: (310) 593-9890

*Attorneys for Plaintiff*
*Ashkan Rajaee*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFONRIA

| | |
|---|---|
| ASHKAN RAJAEE, an individual;<br><br>Plaintiff,<br><br>v.<br><br>KRESSES AND PIASECKI LEGAL, PC, a New York professional corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 22CV895-BEN-MDD<br><br>**BROWN NERI SMITH & KHAN, LLP'S NOTICE OF AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF ASHKAN RAJAEE**<br><br>**NO ORAL ARGUMENT PURSUANT TO LOCAL RULE 7.1.D.1**<br><br>Hearing Date: November 14, 2022<br>Courtroom: 3C |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 14, 2022, or as soon thereafter as counsel may be heard, in Courtroom 3C of the United States District Court for the Southern District of California, Edward J. Schwartz Courtrhouse, located at 221 West Broadway, San Diego, CA 92101, pursuant to Local Rule 83.3(f)(3) and California Rules of Professional Conduct 1.16(b)(4), Brown Neri Smith & Khan, LLP ("BNSK") respectfully moves to withdraw as counsel for Plaintiff Ashkan Rajaee. BNSK moves to withdraw based on an irreconcilable breakdown of the attorney-client relationship. (Brown Decl. ¶ 2.)

Pursuant to Local 7.1.d.1 and the Clerk of Courtroom 3C, there will be no oral argument or hearing on this Motion.

This motion is based upon this notice, the supporting memorandum of points and authorities, Declaration of Ethan J. Brown, the papers and pleadings on file in this action, and any evidence or argument presented at or before the hearing.

Dated: October 10, 2022          By:   /s/ Ethan J. Brown
                                       Ethan J. Brown

**BROWN NERI SMITH & KHAN, LLP**
11601 Wilshire Blvd., Ste. 2080
Los Angeles, CA 90025

*Attorneys for Plaintiff,*
*Ashkan Rajaee*

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in Los Angeles County, California. I am over the age of 18 and not a party to this action; my business address is 11601 Wilshire Blvd., Suite 2080, Los Angeles, California 90025. On the date below, I caused the following,

- **MEMORANDUM OF LAW IN SUPPORT OF BROWN NERI SMITH & KHAN, LLP'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF ASHKAN RAJAEE**
- **DECLARATION OF ETHAN J. BROWN IN SUPPORT OF BROWN NERI SMITH & KHAN, LLP'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF ASHKAN RAJAEE**
- **BROWN NERI SMITH & KHAN, LLP'S NOTICE OF AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF ASHKAN RAJAEE**

to be served by U.S. Mail to the following address:

Tim Kindelan
Miller Monson Peshel Polacek
& Hoshaw
501 W Broadway Ste 700
San Diego, CA 92101
tkindelan@prodigy.net

*Attorneys for Defendants*

Ashkan Rajaee
6625 Muirlands Drive
La Jolla, CA 92037

*Plaintiff*

X   **VIA U.S. MAIL:** I placed a true copy of the foregoing documents in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Brown Neri Smith & Khan, LLP, Los Angeles, CA. I am readily familiar with Brown Neri Smith & Khan, LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service

I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 10, 2022, at Los Angeles, California.

_____
Leon Ramsey Jr.

PROOF OF SERVICE