Ethan J. Brown (218814)
ethan@bnsklaw.com
Geoffrey A. Neri (258802)
geoff@bnsklaw.com
Tim G. Lamoureux (294048)
tim@bnsklaw.com
**BROWN NERI SMITH & KHAN, LLP**
11601 Wilshire Blvd., Ste. 2080
Los Angeles, CA 90025
T: (310) 593-9890

*Attorneys for Plaintiff*
*Ashkan Rajaee*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFONRIA

| | |
|---|---|
| ASHKAN RAJAEE, an individual;<br><br>        Plaintiff,<br><br>    v.<br><br>KRESSES AND PIASECKI LEGAL, PC, a New York professional corporation; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 22CV895-BEN-MDD<br><br>**DECLARATION OF ETHAN J. BROWN IN SUPPORT OF BROWN NERI SMITH & KHAN, LLP'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF ASHKAN RAJAEE**<br><br>**NO ORAL ARGUMENT PURSUANT TO LOCAL RULE 7.1.D.1**<br><br>Hearing Date: November 14, 2022<br>Courtroom: 3C |

# **DECLARATION OF ETHAN J. BROWN**

I, Ethan J. Brown, declare:

1.      I am an attorney at law and licensed to practice before this Court. I make this declaration in support of Brown Neri Smith & Khan, LLP's Motion to Withdraw as Counsel for Plaintiff Ashkan Rajaee. I have personal knowledge of the facts set forth below, and if called to testify, I could and would competently testify to them.

2.      The attorney-client relationship between BNSK and Ashkan Rajaee has irreconcilably broken down. The relationship has reached a point that BNSK is no longer able to adequately and sufficiently represent Rajaee.

3.      On August 3, 2022, my colleague Kete Barnes, asked whether counsel for Defendants, Tim Kindelan, would accept service on behalf of Defendants. Counsel refused to do so. A true and correct copy of that email is attached as **Exhibit A**. Following the refusal, that same day my firm served requests for waivers of service on all Defendants. We have not received any signed waivers from Defendants.

4.      On October 10, 2022, BNSK served all papers by mail on Rajaee and counsel for Defendants.

5.      BNSK also intends on serving this Motion and the supporting papers on both counsel for Defendants and Mr. Rajaee, via email. BNSK will file a declaration demonstrating such following the email service.

6.      Neither Rajaee, nor any of the defendants will suffer any prejudice as a result of BNSK's withdrawal since this case has only been initiated, and since the defendants have not been served or appeared. There will be no delay, as Rajaee can either serve defendants himself, or quickly obtain counsel and have his counsel serve defendants to move the case forward.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed on October 10, 2022, at Los Angeles, California.

                                         /s/ Ethan J. Brown
                                         Ethan J. Brown

# EXHIBIT A

# Kete Barnes

| | |
|---|---|
| **From:** | Tim Kindelan <tkindelan@prodigy.net> |
| **Sent:** | Wednesday, August 3, 2022 11:41 AM |
| **To:** | Kete Barnes |
| **Subject:** | Re: Rajaee v. KNP - Demand for Complete File |

No.

> On Aug 3, 2022, at 9:38 AM, Kete Barnes <kete@bnsklaw.com> wrote:
>
> Hi Tim,
>
> Are you willing to accept service of the complaint on behalf of Defendants? Please let me know by the end of the day if so.
>
> Thanks,
>
> Kete Barnes
>
> **From:** Tim Kindelan <tkindelan@prodigy.net>
> **Sent:** Tuesday, July 5, 2022 3:42 PM
> **To:** Ethan Brown <ethan@bnsklaw.com>
> **Cc:** Kete Barnes <kete@bnsklaw.com>
> **Subject:** Fwd: Rajaee v. KNP - Demand for Complete File
>
> Ethan,
>
> Please allow me to introduce myself. My name is Tim Kindelan and I am a San Diego lawyer. I have been retained to represent the defendants in the referenced matter. Rick Leuthold will not be handling the matter after all. Rick has forwarded to me the email your office sent today along with the letter. I will discuss it with the clients and get back to you.
>
> Thank you.
>
> Tim Kindelan
>
>> Begin forwarded message:
>>
>> **From:** Richard Leuthold <rrleuthold@gmail.com>
>> **Subject: Fwd: Rajaee v. KNP - Demand for Complete File**
>> **Date:** July 5, 2022 at 9:27:04 AM PDT
>> **To:** Kindelan Tim <tkindelan@prodigy.net>

1

**From:** Kete Barnes <kete@bnsklaw.com>
**Date:** July 5, 2022 at 9:05:33 AM PDT
**To:** Richard Leuthold <rrleuthold@gmail.com>
**Cc:** Ethan Brown <ethan@bnsklaw.com>
**Subject: Rajaee v. KNP - Demand for Complete File**

Rich,

Please see the attached correspondence. Please also confirm receipt and let us know when we'll receive the remaining files.

Regards,

Kete Barnes

Kete Barnes – *Counsel*
Telephone: (310) 905-3495
**BROWN NERI SMITH & KHAN LLP**
11601 Wilshire Blvd., Ste. 2080, Los Angeles, CA 90025

---

This email has been scanned for spam & viruses. If you believe this email should have been stopped by our filters, click here to report it.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

<image001.png>

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in Los Angeles County, California. I am over the age of 18 and not a party to this action; my business address is 11601 Wilshire Blvd., Suite 2080, Los Angeles, California 90025. On the date below, I caused the following,

- **MEMORANDUM OF LAW IN SUPPORT OF BROWN NERI SMITH & KHAN, LLP'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF ASHKAN RAJAEE**
- **DECLARATION OF ETHAN J. BROWN IN SUPPORT OF BROWN NERI SMITH & KHAN, LLP'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF ASHKAN RAJAEE**
- **BROWN NERI SMITH & KHAN, LLP'S NOTICE OF AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF ASHKAN RAJAEE**

to be served by U.S. Mail to the following address:

Tim Kindelan
Miller Monson Peshel Polacek
& Hoshaw
501 W Broadway Ste 700
San Diego, CA 92101
tkindelan@prodigy.net

*Attorneys for Defendants*

Ashkan Rajaee
6625 Muirlands Drive
La Jolla, CA 92037

*Plaintiff*

X    **VIA U.S. MAIL:** I placed a true copy of the foregoing documents in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Brown Neri Smith & Khan, LLP, Los Angeles, CA. I am readily familiar with Brown Neri Smith & Khan, LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service

I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 10, 2022, at Los Angeles, California.

_____
Leon Ramsey Jr.

PROOF OF SERVICE