Timothy P. Kindelan, SBN: 105911
MILLER MONSON PESHEL POLACEK & HOSHAW
402 W. Broadway, Ste. 950
San Diego, California 92101
Email: tkindelan@prodigy.net

Attorney for Defendants
KRESSES & PIASECKI LEGAL, PC and
KOLETTE KRESSES

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHKAN RAJAEE, an individual<br><br>Plaintiff,<br><br>v.<br><br>KRESSES & PIASECKI LEGAL PC, a New York Professional Corporation, KOLETTE KRESSES, an individual; CHRIS BRUCK, an individual and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No: 22CV895-W-MDD<br><br>**Hearing Date: December 19, 2022**<br><br>Dept.: Courtroom 3C<br>Judge: Hon. Thomas J Whelan<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY COURT**<br><br>NOTICE OF MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND PERSONAL JURISDICTION<br><br>Complaint Filed: June 20, 2022<br><br>Trial Date: None Set |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN on December 19, 2022, or as soon thereafter as the matter can be heard by the above-entitled Court, located at 221 West Broadway, San Diego, California in Courtroom 3C, before the Honorable Hon. Thomas J Whelan presiding, Defendants, KRESSES & PIASECKI LEGAL PC, and KOLETTE KRESSES will move the Court for an Order to Dismiss Plaintiff's Complaint (alleging a claim for "professional negligence"), on the grounds that this Court does not have jurisdiction to hear this matter. The basis for the motion is that no federal question is involved, and, in addition, no diversity exists in that Plaintiff, Ashkan Rajaee, is a foreign citizen temporarily domiciling in San Diego County, while Defendant Chris Bruck, is a Canadian citizen who is now and always has been, permanently domiciled in Canada.

Moving parties also move this Court for an Order to Dismiss the Complaint on the grounds the Court does not have personal jurisdiction over the Defendants because the Defendants lack minimum contacts with the State of California.

This motion will be based upon this Notice, the accompanying Memorandum of Points and Authorities, the accompanying Declaration of Kolette Kresses, the accompanying Declaration of Chris Bruck, all pleadings and papers on file in this case, and upon such other and further matters as the Court may inquire and as may be presented at the time of any hearing on the motion.

MILLER, MONSON, PESHEL, POLACEK & HOSHAW

Dated: November 14, 2022    By: *Tim Kindelan*
Timothy P. Kindelan, Esq.,
Attorney for Defendants, KRESSES & PIASECKI LEGAL, PC and KOLETTE KRESSES