Timothy P. Kindelan, SBN: 105911
MILLER MONSON PESHEL POLACEK & HOSHAW
402 W. Broadway, Ste. 950
San Diego, California 92101
Email: tkindelan@prodigy.net

Attorney for Defendants
KRESSES & PIASECKI LEGAL, PC and
KOLETTE KRESSES

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHKAN RAJAEE, an individual,<br><br>    Plaintiff,<br><br>KRESSES & PIASECKI LEGAL, PC, a New York Professional Corporation, KOLETTE KRESSES, an individual; CHRIS BRUCK, an individual and DOES 1 through 10 inclusive,<br><br>    Defendants | Case No: 22CV895-W-MDD<br><br>**Hearing Date: December 19, 2022**<br><br>Dept.:  Courtroom<br>Judge:  Hon. Thomas J Whelan<br><br>DECLARATION OF DEFENDANT CHRIS BRUCK IN SUPPORT OF MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND PERSONAL JURISDICTION<br><br>Complaint Filed: June 20, 2022<br>Trial Date:  None Set |

I, CHRIS BRUCK, declare as follows:

1. I am a named defendant in the above-titled action, in this lawsuit. I am an attorney licensed to practice law in the State of Florida. I have personal knowledge of the following facts, and if called upon to testify, I am competent to do so.

2. I am employed as an attorney by KRESSES & PIASECKI LEGAL, PC

- 1 -

Declaration of Chris Bruck     Case No. 22cv895-W-MDD

("KPL"), a professional law corporation that I understand is organized and existing under New York laws. KPL's lone office is in upstate New York, in North Tonawanda, New York.

3. I have not been served in this case.

4. I am a citizen of Canada. I live full time in Ontario. My domicile is and always has been Canada.

5. I have no intention of leaving Ontario to reside in the United States. My domicile is Canada and always has been for my entire life.

6. I do not now, nor have I have ever had, a connection to California. I am not now, nor have I ever lived or worked in California. I have never been a resident of California. I am not now, nor have I ever been, a licensed attorney in California, nor have I ever even attempted to obtain a license in California. I am not now, nor have I ever been, qualified, licensed, or authorized to conduct business in California. As a result, I do not now, and never have, maintained a registered agent for service of process in California.

7. I do not own or lease property or maintain any assets (including bank accounts) in California, and I do not pay state or local taxes to any California governmental entity. I do not have any office or comparable facilities in California, and I do not have any telephone listings or mailing addresses in California.

8. As noted, I am employed by KPL. As I am a Canadian citizen, my employment at KPL is via a work permit that allows me to work in the United States. I sometimes commute to the KPL law office in North Tonawanda, New York for work.

9. My area of law practice is exclusively immigration law.

10. In 2017 my immediate supervisor, Kolette Kresses assigned to me a legal work project involving an "L-1A Petition" on behalf of the Plaintiff in this

- 2 -

Declaration of Chris Bruck                                  Case No. 22cv895-W-MDD

case, Mr. Ashkan Rajaee ("Mr. Rajaee"). The work required the formation of a new entity in the United States. Ms. Kresses handled that aspect of the project separately.

11. During May, 2017, I learned that Mr. Rajaee requested, via email, a blank, generic LLC Operating Agreement form. I forwarded blank, generic forms via email to Mr. Rajaee where he was then residing in Canada via his email address. I did not in any way fill out the forms, fill in the blanks of the forms, or otherwise attempt to create an Operating Agreement for Mr. Rajaee.

12. I have no knowledge if or how the blank, generic form Operating Agreements that I emailed to Mr. Rajaee were ever filled out or completed. I was not involved in any way with any of that. Mr. Rajaee did not ask any questions of me concerning the contents of the forms. Mr. Rajaee and I had no conversation or other discussion regarding how the forms would be completed.

13. I have not consented to being sued in either state or federal court in the state of California in connection with this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 14, day of November 2022 in Ontario, Canada.

*Chris Bruck*
Chris Bruck

- 3 -

Declaration of Chris Bruck                                    Case No. 22cv895-W-MDD