UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHKAN RAJAEE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KRESSES & PIASECKI LEGAL, PC, a New York Professional Corporation; KOLETTE KRESSES, an individual; CHRIS BRUCK, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 22-cv-895-WQH-MMP<br><br>**ORDER** |

HAYES, Judge:

The matter before the Court is the Motion for Permission for Electronic Case Filing filed by Plaintiff Ashkan Rajaee.[1] (ECF No. 30.)

Pursuant to the Court's Electronic Case Filing ("ECF") Manual, pro se litigants are required to submit and file all documents in paper form unless the Court grants the litigant leave to electronically file. See ECF Manual § 2(b). "A pro se party seeking leave to

---

[1] Plaintiff is now proceeding pro se in this matter. (See ECF No. 10.)

1

22-cv-895-WQH-MMP

electronically file documents must file a motion and demonstrate the means to do so properly by stating their equipment and software capabilities in addition to agreeing to follow all rules and policies in the CM/ECF Administrative Policies and Procedures Manual." *Id.*

In his Motion, Plaintiff states that he possesses a computer with software capabilities to create and convert documents, maintains an email account, has a printer and a scanner, and has access to the internet. (ECF No. 30 at 1–2.) Plaintiff further states that he has "reviewed the requirements for e-filing and agree to abide by them." *Id.* at 2. Plaintiff has satisfied the requirements to file documents electronically.

IT IS HEREBY ORDERED that the Motion for Permission for Electronic Case Filing (ECF No. 30) is granted. Plaintiff is required to follow all rules and policies in the ECF Manual, which is available on the Court's website.[2]

Dated: September 18, 2023

Hon. William Q. Hayes
United States District Court

---

[2] *See* https://www.casd.uscourts.gov/cmecf.aspx.